UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

United States of America,

Plaintiff,

-against-

Case No. 7:17-mj-3167

Christopher J. McNamee

Defendant.

———————————————————————————x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby

Dismissed.

SO ORDERED.

Hon. Martin R. Goldberg
United States Magistrate Judge

Dated: 26th Day of August 2022
       Poughkeepsie, New York